

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2022

No. 04-22-00570-CV

William Clayborn **LORENZ**, Individually, and as Independent Executor of the Estate of Tyson Desmer Lambeck, Deceased and Carmen Carter-Faughtenbery, Trustee of the Trajan Desmer Lambeck Trust,
Appellants

v.

Kourtney **VOIGHT**, as next friend of Trajan Lambeck,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. PR-08514
Honorable Kathleen S. Stone, Judge Presiding

# O R D E R

On September 1, 2022, appellants filed an unopposed motion requesting a ten-day extension of time to file their petition for permission to appeal the trial court's August 19, 2022 order. After consideration, we **grant** the motion and **order** appellants to file their petition **by September 16, 2022.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court